## *ORDER*

PER CURIAM:

**AND NOW**, this 25th day of August 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

1. Whether the trial court had jurisdiction to rule on the motion for counsel fees during the pendency of an appeal?

2. Whether the Superior Court erred in ruling on the merits of the appeal without a 1925(a) statement from the trial court?

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Jamal MURRAY, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 25, 1999.

## *ORDER*

PER CURIAM:

**AND NOW**, this 25th day of August, 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

Did the PCRA court err by dismissing Appellant's PCRA petition as untimely filed without first holding an evidentiary hearing to determine whether Appellant's trial counsel was ineffective for failing to file a timely direct appeal on his behalf?

The instant appeal is to be submitted on the briefs to this Court.

■

**JWP/HYRE ELECTRIC COMPANY OF INDIANA, INC., an Indiana Corporation**

v.

**EICHLEAY CORPORATION, a Delaware Corporation**

v.

**Wheeling–Nisshin, Inc. a Delaware Corporation.**

**Petition of Eichleay Corporation, a Delaware Corporation.**

Supreme Court of Pennsylvania.

Aug. 25, 1999.

David E. White, Pittsburgh, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 25th day of August 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

1. Whether the trial court had jurisdiction to rule on the motion for counsel fees during the pendency of an appeal?

2. Whether the Superior Court erred in ruling on the merits of the appeal

without a 1925(a) statement from the trial court?

SYLVAN INDUSTRIAL PIPING, INC.

v.

EICHLEAY CORPORATION and
Wheeling Nisshin Steel
Corporation.

Petition of Eichleay Corporation,
a Delaware Corporation.

Supreme Court of Pennsylvania.

Aug. 25, 1999.

David E. White, Pittsburgh, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 25th day of August 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

1. Whether the trial court had jurisdiction to rule on the motion for counsel fees during the pendency of an appeal?

2. Whether the Superior Court erred in ruling on the merits of the appeal without a 1925(a) statement from the trial court?

JWP/HYRE ELECTRIC COMPANY
OF INDIANA, INC., an Indiana
Corporation

v.

EICHLEAY CORPORATION,
a Delaware Corporation

v.

Wheeling–Nisshin, Inc., a Delaware
Corporation.

Petition of Eichleay Corporation,
a Delaware Corporation.

Supreme Court of Pennsylvania.

Aug. 25, 1999.

David E. White, Pittsburgh, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 25th day of August 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

1. Whether the trial court had jurisdiction to rule on the motion for counsel fees during the pendency of an appeal?

2. Whether the Superior Court erred in ruling on the merits of the appeal without a 1925(a) statement from the trial court?

